In the Matter of CHARLES P. CULLEN, as Treasurer of New York Fire Insurance Rating Organization, et al., Appellants, against ALFRED J. BOHLINGER, as Superintendent of Insurance of the State of New York, et al., Respondents.

Submitted April 11, 1955; decided April 12, 1955.

*Samuel A. Berger* and *Robert Fishbein* for motion.

*Jacob K. Javits, Attorney-General* (*Samuel A. Hirshowitz* of counsel), and *Ralph M. Carson* opposed.

---

Motion for extension of time within which to file return denied. Motion to vacate notice of appeal denied. Upon court's own motion, appeal taken as of right dismissed on ground that, on this record, no substantial constitutional question has been presented.